UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY E. LASHER, | No. 2:14-cv-0498 DAD P |
| Petitioner, | |
| v. | ORDER |
| FRESNO COUNTY COURT, | |
| Respondent. | |

Petitioner, a county jail inmate proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the fee or filed a request to proceed in forma pauperis. In his application for federal habeas relief petitioner challenges his ongoing detention in the Fresno County Jail pursuant to a warrant allegedly issued out of Yavapai County Arizona. However, Fresno County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno.

1

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: February 26, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
lash0498.109

2